Deborah J. Fox (SBN: 110929)
dfox@meyersnave.com
David Mehretu (SBN: 269398)
dmehretu@meyersnave.com
Robert G. Davis (SBN: 304758)
rdavis@meyersnave.com
MEYERS NAVE
1999 Harrison Street, 9th Floor
Oakland, California 94612
Telephone: (510) 808-2000
Facsimile: (510) 444-1108

Attorneys for Defendant
CITY OF LOS ALTOS

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| GTE MOBILNET OF CALIFORNIA LIMITED PARTNERSHIP, a California limited partnership d/b/a VERIZON WIRELESS,<br><br>        Plaintiff,<br><br>     v.<br><br>CITY OF LOS ALTOS,<br><br>        Defendant. | Case No. 5:20-cv-00386-EJD<br><br>**STIPULATION AND [PROPOSED] ORDER STAYING OUTSTANDING DISCOVERY AND CONTINUING DEADLINES PENDING THE COURT'S RULING ON VERIZON'S SUMMARY JUDGMENT MOTION**<br><br>The Hon. Edward J. Davila<br><br>Trial Date:     None Set |

Case No. 5:20-cv-00386-EJD

STIPULATION AND [PROPOSED] ORDER STAYING OUTSTANDING DISCOVERY AND CONTINUING DEADLINES PENDING THE COURT'S RULING ON VERIZON'S SUMMARY JUDGMENT MOTION

Defendant City of Los Altos ("City") and plaintiff GTE Mobilnet of California Limited Partnership, a California limited partnership d/b/a Verizon Wireless ("Verizon Wireless") (collectively, the "Parties") stipulate as follows:

1.      Verizon Wireless has filed a motion for summary judgment that is currently pending and set for hearing on September 2, 2021, at 9:00 a.m.

2.      Pursuant to the Court's February 11, 2021, Case Management Order, the fact discovery cutoff is currently set for August 20, 2021; the deadline for designating experts and exchanging opening expert reports is set for September 17, 2021, and the deadline for serving rebuttal expert reports is set for October 22, 2021; the expert witness discovery cutoff is set for December 17, 2021; and the deadline for filing dispositive motions is set for February 25, 2022.

3.      Pursuant to the Court's April 15, 2021, Order, the Pretrial Conference is set for August 26, 2021, for which a Joint Statement is due August 16, 2021.

4.      A trial date has not yet been set.

5.      The City has propounded additional written discovery upon Verizon, for which responses are due August 23, 2021, and has noticed the depositions of Verizon's fact witnesses for August 18 and 19, 2021.

6.      The parties have met and conferred and determined that, considering the pending summary judgment motion, it would be in the parties' mutual interest and the interests of judicial economy to stay the City's pending discovery, vacate the current fact and expert discovery deadlines set by the Court's February 11, 2021, Case Management Order, and to continue the Pretrial Conference, all to be reset, if necessary, after the Court has ruled on Verizon Wireless's pending summary judgment motion.

7.    The parties, therefore, ask the Court to order the Parties to submit a proposed pretrial schedule, if necessary, addressing the following deadlines, within 20 days after the Court's ruling on Verizon's pending motion for summary judgment:

- Verizon Wireless's deadline for responding to the City's outstanding written discovery;
- The fact discovery cutoff;
- Designation of opening experts with reports;
- Designation of rebuttal experts with reports;
- Expert discovery cutoff;
- Deadline for filing dispositive motions;
- Submission of joint pretrial conference statement;

DATED:  August 11, 2021          MEYERS NAVE


By:  _____/s/ Deborah J. Fox_____
     DEBORAH J. FOX
     Attorneys for Defendant
     CITY OF LOS ALTOS


DATED:  August 11, 2021          MACKENZIE & ALBRITTON LLP


By:  _____/s/ Mark L. Mosley_____
     MARK L. MOSLEY
     Attorneys for Plaintiff
     GTE MOBILNET OF CALIFORNIA
     LIMITED PARTNERSHIP, a California
     limited partnership d/b/a VERIZON
     WIRELESS

**Attestation of Concurrence in the Filing**

The filer, Deborah J. Fox, attests that all other signatories listed on whose behalf this filing is submitted concur in the filing's content and have authorized the filing.

**ORDER**

IT IS SO ORDERED.

DATED:  August ___, 2021

_____
HON. EDWARD J. DAVILA
U.S. DISTRICT COURT JUDGE

3855131

STIPULATION AND [PROPOSED] ORDER STAYING OUTSTANDING DISCOVERY AND CONTINUING
DEADLINES PENDING THE COURT'S RULING ON VERIZON'S SUMMARY JUDGMENT MOTION